Case 1:06-cv-02916-WSD   Document 42   Filed 12/12/07   Page 1 of 1

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 1 2 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, <br><br> Plaintiff, and <br><br> KENNETH G. PAUL, <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> DAKOTA ENTERPRISES, INC., d/b/a SUBWAY <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:06-CV-2916-WSD |

## ORDER

This matter having come before the Court on Joint Motion for Entry of Order Approving Settlement and Dismissing Complaint in Intervention With Prejudice, for Entry of Consent Decree and Brief in Support Thereof, and the Court concluding that settlement of the action should be approved and the Complaint in Intervention dismissed with prejudice, the Court hereby APPROVES settlement of the case and ORDERS that the Complaint in Intervention is dismissed with prejudice.

This 12th day of December, 2007.

_____
Judge, United States District
Court for the Northern District
of Georgia